# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:19-CR-23-001 (CDL) |
| **ALEXIS STANFORD** | |

On November 6, 2020, the Court issued a summons for Alexis Stanford for violating the terms of her probation based on a Petition for Action filed on the same date. For good and sufficient cause made known to the Court, it is ordered that the Petition for Action filed on November 6, 2020 be dismissed. Accordingly, the Revocation Hearing scheduled for July 15, 2021 is canceled.

Respectfully submitted,

Roberto E. Pastrana
U.S. Probation Officer

## ORDER OF COURT

For good and sufficient cause, it is ordered that the Petition for Action filed on November 6, 2020 be dismissed.

Dated this     8th     day of          June          , 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE